**FILED - GR**
February 26, 2021 9:30 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW /2-26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**1:21-cr-43**
**Robert J. Jonker**
**Chief U.S. District Judge**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEREMY TYLER SWINK,

    Defendant.

_____/

**FELONY INFORMATION**

The United States Attorney charges:

## Operating an Unlicensed Money Transmitting Business

Between approximately March 2017 and December 2018, in Kent County, in the Western District of Michigan, Southern Division, and elsewhere, the defendant,

JEREMY TYLER SWINK,

unlawfully, willfully, and knowingly conducted and managed all or part of an unlicensed money transmitting business affecting interstate and foreign commerce, and aided and abetted the same, while failing to comply with the money transmitting business registration requirements under Section 5330 of Title 31, United States Code, and regulations prescribed under such section. Specifically, Christopher Allan Boden, a/k/a "Captain," Daniel Reynold DeJager, a/k/a "Daniel Reynold," a/k/a "Daniel Miester," a/k/a "Danichi," Leesa Beth Vogt, a/k/a "Lis Bokt," a/k/a "Moose," and SWINK used The Geek Group, a/k/a the National Science Institute, to transmit

hundreds of thousands of dollars by means of virtual currency, including bitcoin, without registering The Geek Group as a money transmitting business under federal law.

18 U.S.C. §§ 1960, 2

Date: 2/24/21

ANDREW BYERLY BIRGE
United States Attorney

JUSTIN M. PRESANT
Assistant United States Attorney