UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JEREMY TYLER SWINK,

        Defendant.
_____/

No. 1:21-cr-43

**FELONY INFORMATION
PENALTY SHEET**

**COUNT: Operating an Unlicensed Money Transmitting Business - 18 U.S.C. § 1960**

**Maximum penalty:** Not more than 5 years' imprisonment and/or $250,000 fine [18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class D Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]


Dated:  February 26, 2021

/s/ Justin M. Presant
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046