UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Case No. 1:21–cr–43

v.                                    Hon. Robert J. Jonker

JEREMY TYLER SWINK,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:             March 24, 2021   02:00 PM
Chief Judge:           Robert J. Jonker
Place/Location:      699 Federal Building, Grand Rapids, MI

ROBERT J. JONKER
Chief United States District Judge

Dated:  March 4, 2021        By:   /s/ Susan Driscoll Bourque
                                                            Case Manager