UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 1:21–cr–43

v.                                     Hon. Robert J. Jonker

JEREMY TYLER SWINK,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>First Appearance |
| Date/Time: | March 24, 2021   01:00 PM |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |

                                                          SALLY J. BERENS
                                                          U.S. Magistrate Judge

Dated:  March 4, 2021        By:    /s/ Julie Lenon_____
                                                    Judicial Assistant