UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                           Case No. 1:21–cr–43

v.                                    Hon. Robert J. Jonker

JEREMY TYLER SWINK,

        Defendant.

_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Change of Plea Hearing |
| Date/Time: | March 24, 2021   02:30 PM *(previously set for 02:00 PM on 3/24/21)* |
| Chief Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                              ROBERT J. JONKER
                                              Chief United States District Judge

Dated:  March 22, 2021        By:   /s/ Susan Driscoll Bourque
                                                  Case Manager