UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 1:21–cr–43

vs.                                 Hon. Robert J. Jonker

JEREMY TYLER SWINK,

        Defendant.
_____/

**ORDER**

Pursuant to the Due Process Protections Act, the Court reminds the government of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment.  The government is ordered to comply with *Brady* and its progeny.  The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances.

IT IS SO ORDERED.


Dated:  March 24, 2021                /s/ Sally J. Berens
                                              UNITED STATES MAGISTRATE JUDGE