UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:21–cr–43

  v.                                Hon. Robert J. Jonker

JEREMY TYLER SWINK,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:           July 7, 2021   03:00 PM
Chief Judge:         Robert J. Jonker
Place/Location:     699 Federal Building, Grand Rapids, MI


                                                ROBERT J. JONKER
                                                Chief United States District Judge

Dated:  March 24, 2021        By:   /s/ Susan Driscoll Bourque
                                              Case Manager