UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

CASE NO. 1:21-CR-43

v.

HON. ROBERT J. JONKER

JEREMY TYLER SWINK,

       Defendant.

_____/

**ORDER**

The Court will enter paragraphs 1-3 of the proposed Rule 16(d) protective order.  The Court is not approving proposed paragraph 4 without additional explanation.  This defendant has already pleaded guilty, so only sentencing remains in his case.  It is hard to see the need for such a provision for this case.  Moreover, to the extent the government were to receive any "defense materials" that could potentially be subject to a government disclosure obligation in another case, the Court would be cautious about putting any potential barrier or complication in the way of any such disclosure.

Date:   April 2, 2021    /s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE