UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                          No. 1:21-cr-43

JEREMY TYLER SWINK,                                            HON. ROBERT J. JONKER
                                                                                        Chief United States District Judge

        Defendant.

_____/

## PROTECTIVE ORDER FOR DISCOVERY MATERIALS

For the reasons stated in the Joint Motion for a Rule 16(d) Protective Order, it is hereby

ORDERED, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, that:

1.        Any and all discovery materials provided in this case by the government to the

defendant ("Discovery Materials") are to be used by the defendant and his counsel solely for the

preparation of the defense.  No disclosure of these Discovery Materials is authorized except as

necessary to the preparation of the defense in this case, and such determination of necessity is to

be made by counsel for the defendant, not by the defendant himself.   This limitation applies to

all Discovery Materials provided by the government in this criminal action, irrespective of when

they were produced.

2.        Disclosure of Discovery Materials for purposes related to defense of the criminal

case is permitted to: (a) members of the defense team, consisting of counsel, co-counsel,

paralegals, investigators, litigation support personnel, the defendant, and secretarial staff; (b)

experts or consultants used to assist in preparation of the defense; (c) potential witnesses who are

deemed necessary by the defense team in connection with this case; and (d) this Court.

2

3.      Counsel for the defendant shall not allow her client, or any other potential

witness, to retain un-redacted copies of the Discovery Materials containing personally

identifiable information ("PII"), absent further order by this Court.  The defendant may access

the Discovery Materials remotely through counsel, using software that restricts, to the degree

technologically feasible, the ability to download, print, or otherwise disseminate documents.

Irrespective of the capabilities of the review software, the defendant is prohibited from printing

or otherwise disseminating any Discovery Materials.

SO ORDERED, this _2nd_ day of April, 2021.

_/s/ Robert J. Jonker_____
HON. ROBERT J. JONKER
Chief United States District Judge