UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEREMY TYLER SWINK,

    Defendant.
_____/

Case No. 1:21-cr-043

Hon. Robert J. Jonker
Chief United States District Judge

## CHARACTER LETTER IN SUPPORT OF DEFENDANT

NOW COMES the defendant, Jeremy Tyler Swink, through his attorney, Helen C. Nieuwenhuis of the Office of the Federal Public Defender, and in addition to the previously filed Sentencing Memorandum, files the attached letter for the Court's consideration when imposing sentence on July 7, 2021.  (Attachment 1, Character Letter in Support of Defendant.)

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

Dated:  July 2, 2021

/s/ Helen C. Nieuwenhuis
HELEN C. NIEUWENHUIS
First Assistant Federal Public Defender
50 Louis, NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420