# Attachment 1

Character Letter in
Support of Defendant

Honorable Robert J. Jonker
Dear Sir:

I am Lora Deann Swink, Jeremy Tyler Swink's mother.
I am a Radiologic Technologist registered in Cat Scan, Mammography, Radiography and MRI. I have worked in the field for 35 years and am employed with LifePoint- Health Rutherford.

Jeremy has demonstrated to me a great effort to turn around his life . He has been employed for the last year and is paying two hundred dollars a week rent to help with the expenses of the household.. His father is retired resulting in a loss of household income. Jeremy has stepped up and helps with all manner of things around the household and our little homestead.He helps with the feeding of animals and their upkeep and the constant house upkeep.Jeremy loves to help with his two and three year old niece and nephew.

At his job he is eager to learn new aspects of the business and new jobs within the business. He has proven to be a good employee. He supplies rides to and from for coworkers at his own expense.

He is kind and caring . He likes to help others and teach . This is what attracted him to the Geek Group from the start.

His rehabilitation will mean an addition to the active part of the workforce and taxpayer. He is a great asset to his coworkers ,employer and our family.

Jeremy's imprisonment would mean a great loss to the family of a person willing to help with anything, anyway he can and a loss of an active part of the society as a taxpayer and productive part of the nation's workforce.

Sincerely:

Lora Smart Swink